IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:17MJ287 |
|---|---|---|
| Plaintiff, | ) ) ) | Charging District's Case No.: 17CR1026 |
| v. | ) ) | |
| ROSA NEVAREZ-FALLAD, | ) ) | Magistrate Judge Bazis |
| Defendant. | ) | |

## RULE 5 ORDER

An Indictment having been filed in the district court for the Northern District of Iowa, Eastern (Dubuque) Division, charging the above-named defendant with Unlawful Use of Identification Documents and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P.5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20. Additionally, defendant

(X)   Waived an identity hearing and admitted that she was the person named in the aforementioned charging document.

(X)   The government moved for detention.

(X)   Was given a detention hearing in this district.

   Accordingly, it is ordered that the defendant is held to answer in the charging district.

(X)   Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered. All funds, if any, deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

   IT IS SO ORDERED.

   DATED in Omaha, Nebraska this 18th day of August, 2017.

   BY THE COURT:

   s/ Susan M. Bazis
   United States Magistrate Judge

1